**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-20110-CR-GAYLES**

UNITED STATES OF AMERICA

v.

BAYRON BENNETT,
MICHAEL JOSE DULFO,
JERREN KEITH HOWARD,
EDNER ETIENNE,
FAUSTO VILLAR,
AVERY BIVINS,
CLEMENTA JOHNSON,
VERNON GREEN,
DIORI BARNARD,

    Defendants.
_____/

**ORDER GRANTING SECOND JOINT AND**
**UNOPPOSED MOTION TO CONTINUE TRIAL**

**THIS CAUSE** came before the Court upon Defendants' Second Joint Unopposed Motions to Continue Trial [ECF No. 80] and [ECF No. 81]. The Court has considered the Motions, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motions to Continue Trial are **GRANTED**. The interests of justice served by a continuance outweigh the interests of the public and the Defendant to a speedy trial. As a result, the period of delay resulting from this continuance ― *i.e.*, from the date the Motions were filed, November 20, 2024, and November 21, 2024, to and including the date trial commences ― is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

**THE ABOVE CAUSE** is hereby set for **Jury Trial** before the Honorable Darrin P. Gayles, United States District Judge, at **400 North Miami Avenue, Courtroom 11-1, Miami, Florida,**

during the two-week trial period that begins on **March 10, 2025.** A calendar call will be held on **Wednesday March 5, 2025, at 9:30 a.m. Defendants are not required to appear for Calendar Call.** Counsel may appear via telephone at Calendar Call. Counsel shall enter their appearances telephonically using the following dial-in information: Dial-in Number **305-990-2559**; **ID; 374050271**. Please dial in at least ten minutes before the Telephonic Calendar Call begins.

       **DONE AND ORDERED** in Chambers at Miami, Florida, on November 22, 2024.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record